UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MARIA PEREZ-MARTINEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-cv-1029 |
| MONTERERY MUSHROOMS, INC., | ) |
| Defendant. | ) |

## O P I N I O N and O R D E R

Before the Court is the Motion to Remand filed by Plaintiff, Maria Perez-Martinez (Doc. 5) on February 9, 2010.  The Motion is DENIED.

On January 5, 2010, Plaintiff filed a Complaint in the Circuit Court of Bureau County alleging that Defendant violated Plaintiff's rights under the Family Medical Leave Act (FMLA).  29 U.S.C. § 2615.  Specifically, Plaintiff alleges that she requested FMLA leave on July 15, 2009 in order to care for her mother and that the leave was approved by Defendant.  However upon return from FMLA leave, Defendant falsely accused her of filing a false medical certificate in order to obtain leave.  Plaintiff alleges that Defendant terminated her employment in retaliation for submitting a FMLA leave request.

Defendant removed these proceedings on February 3, 2010 asserting, inter alia, that this Court has subject matter jurisdiction pursuant to federal question and diversity.  Plaintiff seeks remand by arguing that the amount in controversy is insufficient to trigger this Court's diversity jurisdiction.

This Court has federal question jurisdiction over Plaintiff's claims. 28 U.S.C. § 1331. This matter is therefore removal pursuant to 28 U.S.C. § 1441(b). The amount in controversy, then, is irrelevant. Plaintiff offers no reason why this Court lacks jurisdiction over a claim made pursuant to the FMLA. Therefore, the Motion to Remand is DENIED.

Entered this 3rd day of March, 2010

                                                           s/ Joe B. McDade
                                                  JOE BILLY MCDADE
                                      Senior United States District Judge